# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFERY HAUSAUER,

               v.

**JUDGMENT IN A CIVIL CASE**

Case No.C11-5070RJB

LEWIS COUNTY SHELTER PROGRAM, et al.,

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is **DENIED**.

Plaintiff's Application for Court Appointed Counsel (Dkt. 2) is **DENIED**. This case is **DISMISSED** as frivolous and for failure to state a claim. In the event that plaintiff appeals this order, *in forma pauperis* status is **DENIED** by this court, without prejudice to plaintiff to file with the Ninth Circuit U.S. Court of Appeals an application to proceed *in forma pauperis*.

| | |
|---|---|
| February 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*

Deputy Clerk